**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00051-REB-KMT

ROBERT S. HAMILTON,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court on the **Joint Motion To Amend Trial Preparation Conference Order** [#21] filed December 4, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Joint Motion To Amend Trial Preparation Conference Order** [#21] filed December 4, 2013, is **GRANTED**;

     2.  That the Final Pretrial Conference/Trial Preparation Conference set January 24, 2014, and the jury trial set to commence February 10, 2014, are **VACATED** and are **CONTINUED** pending further order of court;

     3.  That on **December 17, 2013**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Final Pretrial Conference/Trial Preparation Conference and jury trial; and

     4.  That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference to Judge Blackburn's chambers, at (303) 335-2350.

     Dated:  December 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.