**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00051-REB-KMT

ROBERT S. HAMILTON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Joint Motion to Vacate Final Pretrial Conference/Trial Preparation Conference and Trial Date** [#26][2] filed June 18, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Motion to Vacate Final Pretrial Conference/Trial Preparation Conference and Trial Date** [#26] filed June 18, 2014, is **GRANTED**;

      2.  That the Final Pretrial Conference and Trial Preparation Conference set June 27, 2014, are **VACATED**;

      3.  That the jury trial set to commence July 28, 2014, is **VACATED**; and

      4.  That the parties shall file a joint status report on or before **September 21, 2014**, concerning their efforts to settle this matter.

      Dated: June 23, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.