IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00051-REB-KMT | Date: | July 7, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                            *Counsel:*

ROBERT S. HAMILTON,                                   Larry Harvey

   Plaintiff,

v.

UNITED STATES OF AMERICA,                     Rick Watson

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:24 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding restricted consent, charitable contribution of easements, refund suit, notice of deficiency, and adjustments.

**ORDERED:** **Plaintiff's Motion for Entry of Protective Order Pursuant to Fed.R.Civ.P. 26(c)(1) and Incorporated Memorandum of Law [45] is DENIED. Plaintiff is required to respond to Defendant's discovery requests, limited to tax years 2003 through 2006, as discussed. Plaintiff shall produce the documents to Defendant on or before August 21, 2015.**

**ORDERED:** **The following deadlines are extended:**
        **Discovery Cut off – October 2, 2015**
        **Dispositive Motions – November 2, 2015**

**2:09 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time   00:45
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.