# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00051-REB-KMT

ROBERT S. HAMILTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

## ORDER OVERRULING PLAINTIFF'S OBJECTION
## TO MAGISTRATE JUDGE TAFOYA'S July 7, 2015 ORDER

**Blackburn, J.**

The matter before me is the **Plaintiff's Objection to Magistrate Judge Tafoya's July 7, 2015 Order** [#58],[1] filed July 17, 2015. I overrule the objection.

Defendant's objections pertain to non-dispositive matters that were referred to the magistrate judge for resolution. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law. Having reviewed the magistrate judge's order; the apposite motion, response, and reply and plaintiff's objections and defendant's corresponding response thereto, I conclude that the magistrate judge's order is not clearly erroneous or contrary to law.

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that the objections stated in **Plaintiff's Objection to Magistrate Judge Tafoya's July 7, 2015 Order** [#58], filed July 17, 2015, are overruled.

Dated August 4, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge