IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00051–REB–KMT

ROBERT S. HAMILTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

# ORDER

---

This matter is before the court on "Joint Motion to Amend Scheduling Order" [Doc. No. 68]. The parties seek to extend discovery dates by two weeks however do not request that either the Final Pretrial Conference/Trial Preparation Conference or the trial be continued.

An extension of the dispositive motion deadline puts full briefing of any motions filed under that provision perilously close to the trial preparation dates and the February 29, 2016 trial date. The parties, apparently, have not considered that filing and briefing dispositive motions is only one part of the equation; the court must have time to fully analyze and review the issues and the law and thereafter rule on the motions, as well. This court will not recommend to the District Court that the trial or the trial preparation conference be continued because of the age of the case.

Therefore, it is **ORDERED**

The "Joint Motion to Amend Scheduling Order" [Doc. No. 68] is **GRANTED in part and DENIED in part** as follows:

The motion is GRANTED and the number of depositions each party may take is ncreased from ten to fifteen;

The motion is GRANTED and the discovery cutoff date is reset from October 2, 2015 to October 16, 2015; and

The motion is DENIED as to the requested extension of the dispositive motion deadline. Dispositive motions shall be filed on or before November 2, 2015.

DATED this 24th day of September, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge