IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00051-REB-KMT | Date: | October 28, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| ROBERT S. HAMILTON, | Larry Harvey |
|    Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Paul Butler (by telephone) |
|    Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**10:36 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding Wade Clark's expert report and the role of David Smith and Orlando Visbal in assisting Mr. Clark with the report.

**ORDERED:  Plaintiff's Motion to Compel Discovery Responses and to Compel the Depositions of David Smith and Orlando Visbal and Incorporated Memorandum of Law [71] is DENIED, for reasons stated on record.**

Discussion regarding dispositive motions deadline.

**ORDERED:  The dispositive motions deadline is extended to November 10, 2015.**

**11:19 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:43

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.