# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00051-REB-KMT

ROBERT S. HAMILTON,

    Plaintiff,

v.

USA,

    Defendant.

## FINAL JUDGMENT

This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury returned its unanimous Answers to Interrogatories submitted by the court as reflected in Verdict Form A (for tax year 2003), Verdict Form B (for tax year 2004), Verdict Form C (for tax year 2005), and Verdict Form D (for tax year 2006).  In accordance with the answers of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

**THEREFORE, IT IS ORDERED** as follows:

1. That as prescribed under Federal Rules of Civil Procedure 58 and pursuant to the court-approved stipulation of the parties, judgment shall enter in accordance with the jury's Answers to Interrogatories as reflected in Verdict Form A (for tax year 2003), Verdict Form B (for tax year 2004), Verdict Form C (for tax year 2005), and Verdict Form D (for tax year 2006);

2. That pursuant to the court-approved stipulation of the parties, each party

shall pay its attorney fees and costs; and

3. That the court retains jurisdiction of this action as may be necessary to implement the Answers of Interrogatories in the foregoing verdict forms.

DATED at Denver, Colorado, this 8th day of March 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk

APPROVED BY THE COURT:

Robert E. Blackburn
United States District Judge